# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLINT EUGENE JIROUX, SR.,<br><br>    Defendant. | No. 12-CR-4063-DEO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

Before the Court is Magistrate Judge Leonard T. Strand's Report and Recommendation Concerning Guilty Plea (Docket No. 10, 07/12/2012).

On June 19, 2012, a one count Information (Docket No. 2) was returned in the above-referenced case. On July 12, 2012, Defendant Jiroux entered a guilty plea to Count 1 before United States Magistrate Judge Leonard T. Strand pursuant to a plea agreement.

Count 1 of the Information charges that on or about June 5, 2009, in the Northern District of Iowa, defendant Clint Jiroux in execution and in furtherance of the scheme and artifice to defraud and to obtain money and funds owned by and under the custody and control of Siouxland Federal Credit Union, knowingly and fraudulently submitted materially false

and fabricated W-2 statements falsely inflating his purported income in order to obtain a loan.

This was in violation of Title 18, United States Code, Section 1344.

The Report and Recommendation (Docket No. 10), states that there is a plea agreement (Docket No. 14) and recommends that defendant Jiroux's guilty plea be accepted. Waivers of objections to Judge Stand's Report and Recommendation were filed by each party (Docket Nos. 11 and 12). The Court, therefore, undertakes the necessary review to accept defendant Jiroux's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).

Similarly, Federal Rule of Civil Procedure 72(b) provides

for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Magistrate Judge Strand's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Magistrate Judge Strand's Report and Recommendation (Docket No. 10), and accepts defendant Jiroux's plea of guilty in this case to Count 1 Information (Docket No. 2).

**IT IS SO ORDERED** this 17th day of August, 2012.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa